# MEMORANDUM DECISIONS

In re A. & W. NESBITT, Limited. (Circuit Court of Appeals, Second Circuit. December 2, 1922.) No. 102. Petition to Revise Order of the District Court of the United States for the Southern District of New York. In the matter of A. & W. Nesbitt, Limited, alleged bankrupts. A petition in involuntary bankruptcy by Joseph Ullman, Inc., and others, opposed by Simon Jacobson and another, as answering creditors, was sustained, and the adjudication ordered and Morris J. Goldston as attorney for the answering creditors. petitions to revise. Affirmed. See, also, 282 Fed. 265. Rosenthal & Heermance, of New York City (S. Michael Cohen, of New York City, of counsel), for petitioning creditors. Morris J. Goldston, of New York City, for answering creditor. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. The order entered below is affirmed, with costs, upon the authority of Bradley v. Huntington (C. C. A.) 277 Fed. 948.